UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case 4:12-cr-278-BLW |
| vs. | ) | |
| | ) | **ORDER APPOINTING** |
| | ) | **CJA COUNSEL** |
| JUAN CARLOS GARCIA, | ) | |
| Defendant. | ) | |

Because the above-named has testified under oath or has otherwise satisfied the court that he is financially unable to employ counsel and do not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED that Thomas B Dominick, CJA attorney for the District of Idaho is appointed to represent this defendant in these proceedings.

DATED: **November 13, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court