UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case 4:12-cr-278-BLW |
| vs. ) | |
| ) | **ORDER APPOINTING** |
| ) | **CJA COUNSEL** |
| ERICA RODRIGUEZ, ) | |
| Defendant. ) | |

Because counsel for the above-named defendant has withdrawn, and the defendant has testified under oath or has otherwise satisfied the court that she is financially unable to employ counsel and do not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED that attorney John Howell is appointed to represent this defendant in these proceedings.

DATED: **September 30, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court